**Grady Memorial Hospital Corp.**
80 Jesse Hill Jr. Drive SE
Atlanta, GA 30303

| Pay Group: | NEX-Non Exempt Hourly |
|---|---|
| Pay Begin Date: | 04/09/2023 |
| Pay End Date: | 04/22/2023 |

| Business Unit: | GHS01 |
|---|---|
| Advice #: | 000000002005653 |
| Advice Date: | 04/27/2023 |

**Shasta S Jackson**
5429 PARK PLACE SOUTH
Atlanta, GA 30349

| Employee ID: | 102311 |
|---|---|
| Department: | 15319-Access Center Scheduling |
| Location: | Grady Hospital |
| Job Title: | Scheduling Representative |
| Pay Rate: | $20.92 Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 6 | 0 |
| Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular Pay | 20.920000 | 72.37 | 1,513.98 | 607.94 | 12,718.11 |
| PTO Vacation | 20.920000 | 8.00 | 167.36 | 88.75 | 1,856.65 |
| Overtime | 31.380000 | 0.22 | 6.90 | 1.18 | 37.03 |
| Bonus | | | 0.00 | | 300.00 |
| Bereavement | | | 0.00 | 24.00 | 502.08 |
| Holiday Premium - Non-Exempt | | | 0.00 | 8.00 | 83.68 |
| **TOTAL:** | | **80.59** | **1,688.24** | **729.87** | **15,497.55** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 19.46 | 269.90 |
| Fed MED/EE | 23.55 | 216.35 |
| Fed OASDI/EE | 100.70 | 925.10 |
| GA Withholdng | 61.28 | 569.42 |
| **TOTAL:** | **204.99** | **1,980.77** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance | 37.54 | 337.86 |
| Dental | 13.24 | 119.16 |
| Vision | 2.93 | 26.37 |
| 401(K) | 235.39 | 2,110.73 |
| Health Savings Account | 0.39 | 3.46 |
| Hurt Parking | 9.97 | 89.73 |
| **TOTAL:** | **299.46** | **2,687.31** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Short Term Disability | 7.18 | 64.62 |
| Long Term Disability | 7.88 | 70.92 |
| 401K Loan | 40.94 | 368.46 |
| **TOTAL:** | **56.00** | **504.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance | 312.38 | 2,811.42 |
| Basic Life | 0.61 | 5.49 |
| Basic AD&D | 0.30 | 2.70 |
| Short Term Disability | 7.19 | 64.71 |
| 401(K) | 67.25 | 603.05 |
| HSA Employer Contribution | 0.00 | 500.00 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,688.24 | 1,388.78 | 204.99 | 355.46 | 1,127.79 |
| YTD | 15,497.55 | 12,810.24 | 1,980.77 | 3,191.31 | 10,325.47 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 62.49 | 245.69 |
| + Earned | 83.07 | 16.65 |
| + Bought | 0.0 | 0.0 |
| - Taken | 88.75 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **56.81** | **262.34** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002005653 | Checking | XXXXX6066 | 1,050.00 |
| | Savings | XXXXX9401 | 25.00 |
| | Checking | XXXXX9500 | 52.79 |
| **TOTAL:** | | | **1,127.79** |

**MESSAGE:**

| Grady Memorial Hospital Corp. | | Pay Group: | NEX-Non Exempt Hourly | | | Business Unit: | GHS01 | |
|---|---|---|---|---|---|---|---|---|
| 80 Jesse Hill Jr. Drive SE | | Pay Begin Date: | 03/26/2023 | | | Advice #: | 000000001998327 | |
| Atlanta, GA 30303 | | Pay End Date: | 04/08/2023 | | | Advice Date: | 04/13/2023 | |
| | | | | | | **TAX DATA:** | **Federal** | **GA State** |
| **Shasta S Jackson** | | Employee ID: | 102311 | | | Tax Status: | Single | Single |
| 5429 PARK PLACE SOUTH | | Department: | 15319-Access Center Scheduling | | | Allowances: | 6 | 0 |
| Atlanta, GA 30349 | | Location: | Grady Hospital | | | Percent: | N/A | |
| | | Job Title: | Scheduling Representative | | | Addl. Amount: | | |
| | | Pay Rate: | $20.92 Hourly | | | | | |

| | HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Current | | YTD | | | | |
| **Description** | **Rate** | | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| PTO Vacation | 20.920000 | | 32.00 | 669.44 | 80.75 | 1,689.29 | Fed Withholdng | 21.56 | 217.44 |
| Regular Pay | 20.920000 | | 48.00 | 1,004.16 | 535.57 | 11,204.13 | Fed MED/EE | 23.34 | 190.63 |
| Bonus | | | | 0.00 | | 150.00 | Fed OASDI/EE | 99.79 | 815.10 |
| Bereavement | | | | 0.00 | 24.00 | 502.08 | GA Withholdng | 60.50 | 499.51 |
| Holiday Premium - Non-Exempt | | | | 0.00 | 8.00 | 83.68 | | | |
| Overtime | | | | 0.00 | 0.96 | 30.13 | | | |
| **TOTAL:** | | | 80.00 | 1,673.60 | 649.28 | 13,659.31 | **TOTAL:** | 205.19 | 1,722.68 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Medical Insurance | 37.54 | 300.32 | Short Term Disability | 7.18 | 57.44 | Medical Insurance | 312.38 | 2,499.04 |
| Dental | 13.24 | 105.92 | Long Term Disability | 7.88 | 63.04 | Basic Life | 0.61 | 4.88 |
| Vision | 2.93 | 23.44 | 401K Loan | 40.94 | 327.52 | Basic AD&D | 0.30 | 2.40 |
| 401(K) | 234.30 | 1,875.34 | | | | Short Term Disability | 7.19 | 57.52 |
| Health Savings Account | 0.38 | 3.07 | | | | 401(K) | 66.94 | 535.80 |
| Hurt Parking | 9.97 | 79.76 | | | | HSA Employer Contribution | 0.00 | 500.00 |
| **TOTAL:** | 298.36 | 2,387.85 | **TOTAL:** | 56.00 | 448.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,673.60 | 1,375.24 | 205.19 | 354.36 | 1,114.05 |
| YTD | 13,659.31 | 11,271.46 | 1,722.68 | 2,835.85 | 9,100.78 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Start Balance | 62.49 | 245.69 | | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 73.84 | 14.80 | Advice #000000001998327 | Checking | XXXXX6066 | 1,050.00 |
| + Bought | 0.0 | 0.0 | | Savings | XXXXX9401 | 25.00 |
| - Taken | 80.75 | 0.0 | | Checking | XXXXX9500 | 39.05 |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | 55.58 | 260.49 | **TOTAL:** | | | 1,114.05 |

**MESSAGE:**

**Grady Memorial Hospital Corp.**
80 Jesse Hill Jr. Drive SE
Atlanta, GA  30303

| Pay Group: | NEX-Non Exempt Hourly |
|---|---|
| Pay Begin Date: | 03/26/2023 |
| Pay End Date: | 04/08/2023 |

| Business Unit: | GHS01 |
|---|---|
| Advice #: | 000000001998327 |
| Advice Date: | 04/13/2023 |

**Shasta S Jackson**
5429 PARK PLACE SOUTH
Atlanta, GA  30349

| Employee ID: | 102311 |
|---|---|
| Department: | 15319-Access Center Scheduling |
| Location: | Grady Hospital |
| Job Title: | Scheduling Representative |
| Pay Rate: | $20.92 Hourly |

| TAX DATA: | Federal | GA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 6 | 0 |
| Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| PTO Vacation | 20.920000 | 32.00 | 669.44 | 80.75 | 1,689.29 | Fed Withholdng | 21.56 | 217.44 |
| Regular Pay | 20.920000 | 48.00 | 1,004.16 | 535.57 | 11,204.13 | Fed MED/EE | 23.34 | 190.63 |
| Bonus | | | 0.00 | | 150.00 | Fed OASDI/EE | 99.79 | 815.10 |
| Bereavement | | | 0.00 | 24.00 | 502.08 | GA Withholdng | 60.50 | 499.51 |
| Holiday Premium - Non-Exempt | | | 0.00 | 8.00 | 83.68 | | | |
| Overtime | | | 0.00 | 0.96 | 30.13 | | | |
| **TOTAL:** | | 80.00 | 1,673.60 | 649.28 | 13,659.31 | **TOTAL:** | 205.19 | 1,722.68 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Medical Insurance | 37.54 | 300.32 | Short Term Disability | 7.18 | 57.44 | Medical Insurance | 312.38 | 2,499.04 |
| Dental | 13.24 | 105.92 | Long Term Disability | 7.88 | 63.04 | Basic Life | 0.61 | 4.88 |
| Vision | 2.93 | 23.44 | 401K Loan | 40.94 | 327.52 | Basic AD&D | 0.30 | 2.40 |
| 401(K) | 234.30 | 1,875.34 | | | | Short Term Disability | 7.19 | 57.52 |
| Health Savings Account | 0.38 | 3.07 | | | | 401(K) | 66.94 | 535.80 |
| Hurt Parking | 9.97 | 79.76 | | | | HSA Employer Contribution | 0.00 | 500.00 |
| **TOTAL:** | 298.36 | 2,387.85 | **TOTAL:** | 56.00 | 448.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,673.60 | 1,375.24 | 205.19 | 354.36 | 1,114.05 |
| YTD | 13,659.31 | 11,271.46 | 1,722.68 | 2,835.85 | 9,100.78 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Start Balance | 62.49 | 245.69 | | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 73.84 | 14.80 | Advice #000000001998327 | Checking | XXXXX6066 | 1,050.00 |
| + Bought | 0.0 | 0.0 | | Savings | XXXXX9401 | 25.00 |
| - Taken | 80.75 | 0.0 | | Checking | XXXXX9500 | 39.05 |
| - Sold | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | 55.58 | 260.49 | **TOTAL:** | | | 1,114.05 |

**MESSAGE:**

**Grady Memorial Hospital Corp.**
80 Jesse Hill Jr. Drive SE
Atlanta, GA 30303

| | |
|---|---|
| Pay Group: | NEX-Non Exempt Hourly |
| Pay Begin Date: | 03/26/2023 |
| Pay End Date: | 04/08/2023 |

| | |
|---|---|
| Business Unit: | GHS01 |
| Advice #: | 000000001998327 |
| Advice Date: | 04/13/2023 |

**Shasta S Jackson**
5429 PARK PLACE SOUTH
Atlanta, GA 30349

| | |
|---|---|
| Employee ID: | 102311 |
| Department: | 15319-Access Center Scheduling |
| Location: | Grady Hospital |
| Job Title: | Scheduling Representative |
| Pay Rate: | $20.92 Hourly |

**TAX DATA:**

| | Federal | GA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 6 | 0 |
| Percent: | | N/A |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| PTO Vacation | 20.920000 | 32.00 | 669.44 | 80.75 | 1,689.29 |
| Regular Pay | 20.920000 | 48.00 | 1,004.16 | 535.57 | 11,204.13 |
| Bonus | | | 0.00 | | 150.00 |
| Bereavement | | | 0.00 | 24.00 | 502.08 |
| Holiday Premium - Non-Exempt | | | 0.00 | 8.00 | 83.68 |
| Overtime | | | 0.00 | 0.96 | 30.13 |
| **TOTAL:** | | **80.00** | **1,673.60** | **649.28** | **13,659.31** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 21.56 | 217.44 |
| Fed MED/EE | 23.34 | 190.63 |
| Fed OASDI/EE | 99.79 | 815.10 |
| GA Withholdng | 60.50 | 499.51 |
| **TOTAL:** | **205.19** | **1,722.68** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance | 37.54 | 300.32 |
| Dental | 13.24 | 105.92 |
| Vision | 2.93 | 23.44 |
| 401(K) | 234.30 | 1,875.34 |
| Health Savings Account | 0.38 | 3.07 |
| Hurt Parking | 9.97 | 79.76 |
| **TOTAL:** | **298.36** | **2,387.85** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Short Term Disability | 7.18 | 57.44 |
| Long Term Disability | 7.88 | 63.04 |
| 401K Loan | 40.94 | 327.52 |
| **TOTAL:** | **56.00** | **448.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Insurance | 312.38 | 2,499.04 |
| Basic Life | 0.61 | 4.88 |
| Basic AD&D | 0.30 | 2.40 |
| Short Term Disability | 7.19 | 57.52 |
| 401(K) | 66.94 | 535.80 |
| HSA Employer Contribution | 0.00 | 500.00 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,673.60 | 1,375.24 | 205.19 | 354.36 | 1,114.05 |
| YTD | 13,659.31 | 11,271.46 | 1,722.68 | 2,835.85 | 9,100.78 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 62.49 | 245.69 |
| + Earned | 73.84 | 14.80 |
| + Bought | 0.0 | 0.0 |
| - Taken | 80.75 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **55.58** | **260.49** |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001998327 | Checking | XXXXX6066 | 1,050.00 |
| | Savings | XXXXX9401 | 25.00 |
| | Checking | XXXXX9500 | 39.05 |
| **TOTAL:** | | | **1,114.05** |

**MESSAGE:**